**STONBERG, HICKMAN & PAVLOFF, LLP**
Attorneys at Law
505 Eighth Avenue, Suite 2302
New York, New York 10018
Phone: (212) 231-2220
Fax: (646) 349-3528
www.shplawyers.com

July 10, 2026

**Via ECF**

Hon. Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **Re:** | **Southwest Marine and General Ins. Co. v. United Specialty Ins. Co. et. al.** |
| **Our File:** | **41041** |
| **Docket No:** | **1:26-cv-4367-PAE** |

Dear Hon. Judge Engelmayer:

Our office represents Defendants United Specialty Insurance Company ("USIC") and State National Insurance Company ("SNIC") in the above matter.

On July 6, 2026, we filed an answer to the complaint in this matter. On that same date, we filed a Third-Party Action against Obsidian Specialty Insurance Company ("Obsidian Specialty") and Obsidian Insurance Company ("Obsidian"). On July 7, 2026, the court issued the summons to Obsidian Specialty and Obsidian Insurance. We immediately sent the Summons, Third-Party Action and original complaint to a process server. To date, we have not received proof of service.

Also on July 7, 2026, the Court issued an Order scheduling the Initial Pretrial Conference for August 13, 2026. The Order (Docket 18) requires that the parties prepare a proposed Civil Management Plan and Scheduling Order ("Proposed Order") by August 10, 2026, and submit a joint letter addressing the issues in this matter.

I will be out of the country beginning July 25, 2026 and am returning August 11, 2026 (provided that there are no flight cancellations.) Even assuming that Obsidian and Obsidian Specialty are served and have filed an answer by the time I return, I will have had no opportunity to review their answer in order to properly prepare USIC and SNIC's portion of the joint letter. Nor will I have the opportunity to confer with counsel for Plaintiff or counsel for Obsidian and Obsidian Specialty in order to prepare the Proposed Order.

For these reasons, USIC and SNIC respectfully request that this Court adjourn the initial pretrial conference to two weeks after Obsidian and Obsidian Specialty answer the Third-Party Complaint; or at least until the end of August, 2026.

Counsel for Plaintiff has consented to our request.

This is our first request for an adjournment of the Initial Pretrial Conference.

We thank the Court for its courtesies.

Very truly yours,

Sherri N. Pavloff

CC VIA ECF:

Jay Lavroff, Esq.
LINDABURY McCORMICK, ESTABROOK & COOPER PC
Attorneys for Plaintiff
SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY
430 Mountain Ave., Suite 300
New Providence, NJ 07974

The Court reschedules the conference set for August 13, 2026 at 3:30 p.m. to Wednesday, September 2, 2026 at 10 a.m. The parties' pre-conference materials, as set forth in Dkt. 18, shall be due by August 26, 2026. The conference will be held telephonically. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound(#) key.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: July 10, 2026
New York, New York