UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUTHWEST MARINE AND GENERAL INSURANCE COMPANY,

Plaintiff,

-v-

UNITED SPECIALTY INSURANCE COMPANY *and* STATE NATIONAL INSURANCE COMPANY,

Defendants.

26 Civ. 4367 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record of today's conference, the Court declines to enter a case management plan in the above-captioned case at this time. The Court defers doing so until after the completion of trial in the underlying state court personal-injury case, which counsel represent is set to commence on October 20, 2026. *See* Dkt. 24 at 1. Within two weeks of the close of such trial, counsel are directed to file a joint letter on the docket of this case, stating whether the parties have resolved the insurance coverage issues presented, and if not, attaching a proposed case management plan. The Court, does, however, separately direct counsel forthwith, to exchange the materials identified in section 10(a) of the draft case management plan submitted in preparation for today's conference, *see* Dkt. 24-1 at 3.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 2, 2026
New York, New York